## LAMB *v.* CALIFORNIA.

No. 578. Decided January 7, 1963.

*David Daar* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## WILLIAMSON ET AL. *v.* HOPEWELL REDEVELOP-MENT & HOUSING AUTHORITY.

No. 582. Decided January 7, 1963.

*Lewis S. Pendleton, Jr.* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.